Terry Lynn CASEY, Appellant,

v.

**GRANT COUNTY SHERIFF DEPART-MENT; Robert Bird, Detective, Grant County Sheriff's Department; Shane Green, Deputy, Grant County Sheriff's Department; Brett Turner, Former Deputy, Grant County Sheriff's Department, Appellees.**

No. 07–3288.

United States Court of Appeals, Eighth Circuit.

Submitted: Dec. 1, 2008.

Filed: Jan. 14, 2009.

Before MURPHY, BYE, and BENTON, Circuit Judges.

PER CURIAM.

Arkansas inmate Terry Casey challenges the district court's [1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action. After careful de novo review, *see Ramlet v. E.F. Johnson Co.*, 507 F.3d 1149, 1152 (8th Cir.2007) (standard of review), we conclude that Casey's claims regarding the traffic stop are either barred by collateral estoppel, *see Crumley v. City of St. Paul, Minn.*, 324 F.3d 1003, 1006–07 (8th Cir.2003); *O'Marra v. Mackool*, 361 Ark. 32, 204 S.W.3d 49, 53 (2005), or fail on

---

[1]. The Honorable James M. Moody, United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable Henry L. Jones, Jr., United States Magistrate Judge for the Eastern District of Arkansas.

their merits as a matter of law. Accordingly, we affirm. *See* 8th Cir. R. 47 B.